UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 16, 2011

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | UNDER SEAL |
| | : | |
| v. | : | CRIMINAL NO. 12-_____ |
| | : | |
| LEMAR DEION BURTON (1) | : | VIOLATIONS: |
| | : | |
| | : | 21 U.S.C. §§ 959(b), 963 |
| WALLY LORA (2) | : | (Conspiracy to have United States |
| | : | Citizens Board an Aircraft in Possession |
| | : | of 500 Grams or More of a |
| SAMUEL HORNE, Jr. (3) | : | Mixture or Substance Containing a |
| | : | Detectable Amount of Cocaine with Intent |
| | : | to Distribute) |
| Defendants | : | |
| | : | 18 U.S.C. § 2 |
| | : | (Aiding and Abetting) |
| | : | |
| | : | 21 U.S.C. § 853 |
| | : | 21 U.S.C. § 970 |
| | : | (Forfeiture) |

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

**COUNT ONE**

From in or about October 2011, and continuing thereafter up to and including the date of the filing of this Indictment, the exact dates being unknown to the Grand Jury, in the United States, Colombia, Italy and elsewhere, the defendants LEMAR DEION BURTON, WALLY LORA, SAMUEL HORNE, Jr., and others known and unknown to the Grand Jury, did

knowingly, and intentionally combine, conspire, confederate, and agree to commit the following offense against the United States: to knowingly and intentionally have United States Citizens board an aircraft in total possession of 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, with intent to distribute in violation of Title 21, United States Code, Sections 959(b); all in violation of Title 21, United States Code, Section 963 and Title 18, United States Code, Section 2.

>(Conspiracy to have United States Citizens Board an Aircraft in Possession of 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Cocaine with Intent to Distribute in violation of Title 21, United States Code, Sections 959 and 963, and Title 18, United States Code, Section 2)

## FORFEITURE ALLEGATION

Upon conviction of the criminal violations alleged in Counts One through Two of the Indictment, the defendants, LEMAR DEION BURTON, WALLY LORA and SAMUEL HORNE, Jr.:

(1)   Shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853 and 970, any and all respective right, title or interest which such defendants may have in:

>(a)   any and all money and/or property constituting, or derived from, any proceeds which such defendants obtained, directly or indirectly, as the result of the violations alleged in Counts One through Three of this Indictment; and
>(b)   any and all property used, in any manner or part, to commit, or to facilitate the commission of, the violations alleged in Counts One through Three of this Indictment.

(2)   If any of said forfeitable property, as a result of any act or omission of the defendants --

>(a) cannot be located upon the exercise of due diligence;
>(b) has been transferred or sold to, or deposited with, a third party;
>(c) has been placed beyond the jurisdiction of the Court;
>(d) has been substantially diminished in value; or
>(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the said property. Criminal Forfeiture, in violation of Title 21, United States Code, Sections 853 and 970.

(Criminal Forfeiture, in violation of Title 21, United States Code, Sections 853 and 970)

A TRUE BILL:

_____
FOREPERSON

_____
ARTHUR G. WYATT, Chief
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice

By: _____
Mark Maldonado
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
Washington, D.C. 20530
(202) 616-2145 (phone)